FILED
CLERK U.S. DISTRICT COURT

OCT 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    Case No.: CR 11-871 GW
                                )
              Plaintiff,        )
                                )
      vs.                       )    ORDER OF DETENTION AFTER HEARING
                                )    [Fed.R.Crim.P. 32.1(a)(6);
                                )     18 U.S.C. 3143(a)]
                                )
Critchfield  Defendant.         )
                                )
_____ )

      The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

_____CD/CA_____ for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

      The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

      The Court finds that:

A.    ( )  The defendant has not met his/her burden of establishing by

      clear and convincing evidence that he/she is not likely to flee

      if released under 18 U.S.C. § 3142(b) or (c).  This finding is

      based on _____PSA factors ; absconded from ____ halfway house without permission_____

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:   _____16/21/11_____

_____
UNITES STATES MAGISTRATE JUDGE